# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146886

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JEFFREY NEWTON,
          Plaintiff-Appellant,

and

RICHARD NEWTON,
          Plaintiff,

v

        SC: 146886
        COA: 314037
        Oakland CC: 1997-543058-CZ

THOMAS FREYDL and
FREYDL & ASSOCIATES,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 11, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013
p0617

                  Clerk